```
 1  NUGENT & NEWNHAM
    A PROFESSIONAL CORPORATION
 2  ATTORNEYS AT LAW
    PATRICK M. SMITH, ESQ. CSB #135033
 3  MATTHEW C. KILMAN, ESQ. CSB #149357
    1010 SECOND AVENUE, SUITE 2200
 4  SAN DIEGO, CALIFORNIA 92101-4911
    TELEPHONE:  (619) 236-1323
 5  FACSIMILE:   (619) 238-0465
```

ENTERED OCT 27 2000
FILED
OCT 26 2000
CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

ELAINE M. MORICI,

      Plaintiff,

v.

ROBERT L. GORDON, an individual,
DAVID J. RAUSA, an individual, and
ROBERT L. GORDON, dba GORDON
AND ASSOCIATES, and DOES 1 through 50,
inclusive.
      Defendants.

CASE NO. 00-90516-AD-M7
MAIN CASE NO. 98-08792-M7

ORDER ON MOTION TO
ABSTAIN AND REMAND
ACTION TO STATE COURT

    The motion of plaintiff ELAINE M. MORICI for an order abstaining and remanding this action to California Superior Court for the County of San Diego came regularly for hearing before the Court on October 5, 2000, the Honorable James W. Meyers presiding;

    The plaintiff, ELAINE M. MORICI, appeared by attorney Matthew C. Kilman of the firm of Nugent & Newnham; and the defendants, ROBERT L. GORDON, DAVID J. RAUSA, and GORDON & ASSOCIATES, appeared by attorney Mark A. Bush of the firm of Burns & Bush;

////
////
////
////
////

---

Pursuant to 28 U.S.C. §1334(c)(1) and §1452(b) and on proof made to the satisfaction of the Court,

IT IS HEREBY ORDERED that the above-captioned action shall be remanded to California Superior Court for the County of San Diego.

Date: OCT 2 6 2000

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. Bankr. P. 9011 that the relief provided by the order is the relief granted by the court.

Submitted by:

NUGENT & NEWNHAM

By: _____
Matthew C. Kilman,
Attorneys for Plaintiff

Approved as to form and content:

By: _____
Mark A. Bush,
Attorneys for Defendants

ELAINE MORICI v. ROBERT L. GORDON, et al.
CASE NO. 00-90516-M7 (MAIN CASE NO. 98-09792-M7)
ORDER ON MOTION TO ABSTAIN AND REMAND ACTION TO STATE COURT

2