CSD 1503 [08/04/99]

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
ELAINE MORICI

Debtor.

BANKRUPTCY NO. 98-08792-M7

ELAINE MORICI

Plaintiff(s)

ADVERSARY NO. 00-90516-M7

v.

ROBERT GORDON

Defendant(s)

Hearing Date: OCTOBER 27, 2000
Hearing Time: 10:30 a.m.

## MINUTES OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**PRESIDING BANKRUPTCY JUDGE:**
[✓] Honorable James W. Meyers
[ ] Honorable Louise DeCarl Adler
[ ] Honorable John J. Hargrove
[ ] Honorable Peter W. Bowie
[ ] Honorable
Reporter: Federal Court Reporters

**APPEARANCES:**
[ ] Patrick Smith _____, for Plaintiff(s)
[ ] Mark Bush _____, for Defendant(s)
[ ] _____, for _____
[ ] _____, for _____
[ ] _____, for _____
[ ] _____, for _____
[ ] If applicable, additional appearances noted on reverse side

**PROCEEDING:**
[ ] Continued from _____
[✓] Pretrial Status Conference    [ ] Pretrial    [ ] Trial    [ ] Settlement Conference

for the following relief:

COMPLAINT FOR DAMAGES

**OTHER MOTIONS:**

**DISPOSITION:**    [ ] Continued to _____ at _____ .m. for    [ ] pretrial status conference
[ ] Discovery cutoff _____    [ ] pretrial
Contentions of Fact & Law/Exhibits _____    [ ] trial _____
Pretrial conference order _____    [ ] settlement conference
[ ] Judgment for    [ ] Plaintiff    [ ] Defendant    [ ] hearing on motion
[ ] Motion    [ ] contested    [ ] granted    [ ] denied
[ ] Taken under submission    [✓] off calendar
[ ] Other:

Exhibits received:    [ ] Yes    [ ] In evidence    [ ] Returned to parties
Judgment/Order to be prepared by _____

_M. Pearson_____, Deputy Clerk

**ADVERSARY PROCEEDINGS**

CSD 1503