**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| In Re | |
| --- | --- |
| ELAINE MORICI | BANKRUPTCY NO. 98-08792-M7 |
| Debtor. | |

| | |
| --- | --- |
| ELAINE MORICI | ADVERSARY NO. 00-90516-M7 |
| Plaintiff(s) | |
| v. | |
| ROBERT GORDON | Hearing Date: NOVEMBER 3, 2000 |
| | Hearing Time: 10:00 a.m. |
| Defendant(s) | |

## MINUTES OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**PRESIDING BANKRUPTCY JUDGE:**
[ ✓ ]   Honorable James W. Meyers
[ ]   Honorable Louise DeCarl Adler
[ ]   Honorable John J. Hargrove
[ ]   Honorable Peter W. Bowie
[ ]   Honorable
Reporter: Federal Court Reporters

**APPEARANCES:**
[ ] Patrick Smith _____, for Plaintiff(s)
[ ] Mark Bush _____, for Defendant(s)
[ ] _____, for _____
[ ] _____, for _____
[ ] _____, for _____
[ ] If applicable, additional appearances noted on reverse side

**PROCEEDING:**
[ ]   Continued from _____
[ ]   Pretrial Status Conference     [ ] Pretrial     [ ] Trial     [ ] Settlement Conference

for the following relief:

**OTHER MOTIONS:**
DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO NAME INDISPENSABLE PARTY, OR IN THE ALTERNATIVE, TO ORDER JOINDER OF INDISPENSABLE PARTY

**DISPOSITION:**     [ ] Continued to _____ at _____.m. for     [ ] pretrial status conference
[ ]   Discovery cutoff_____                                              [ ] pretrial
        Contentions of Fact & Law/Exhibits_____                          [ ] trial_____
        Pretrial conference order_____                                   [ ] settlement conference
[ ]   Judgment for           [ ] Plaintiff        [ ] Defendant                      [ ] hearing on motion
[ ]   Motion                 [ ] contested        [ ] granted     [ ] denied
[ ]   Taken under submission [ ] off calendar
[ ]   Other:

Exhibits received:     [ ] Yes        [ ] In evidence        [ ] Returned to parties
Judgment/Order to be prepared by _____

_____, Deputy Clerk

**ADVERSARY PROCEEDINGS**

CSD 1503